Argued November 29, affirmed December 1, 1972

BOYD, *Appellant, v.* PUBLIC WELFARE DIVISION ET AL (No. 71 3556), *Respondents.*

SCHWEIGERT, *Appellant, v.* PUBLIC WELFARE DIVISION ET AL (No. 71 3557), *Respondents.*

503 P2d 521

*Douglas G. Combs,* Ontario, argued the cause for appellants. With him on the brief were Combs, Hutchinson, Harrell & Cox, Eugene.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *Mallatt v. Luihn et al,* 206 Or 678, 294 P2d 871 (1956); *Kerr v. Welfare Comm.,* 3 Or App 27, 470 P2d 167, Sup Ct *review denied* (1970), *cert denied* 402 US 950, 91 S Ct 1616, 29 L Ed 2d 120 (1971).